# Third District Court of Appeal

## State of Florida

Opinion filed April 14, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0609
Lower Tribunal No. F78-15256
_____

**Walter John Williams,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Teresa Mary Pooler, Judge.

Walter John Williams, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, C.J., and LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed.